## Commonwealth *v.* Green, Appellant.

Before GREEN-
BERG, J.

Sub-
mitted March 18, 1969. *Fred Blume,* for appellant;
*James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee. .

Order affirmed.

## Commonwealth *v.* Hall, Appellant.

Before GUERIN,
P. J.

Submitted
March 17, 1969. *Francis Ross Crumlish,* and *Crumlish and Kania,* for appellant; *Charles W. Sweeney, Jr.* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.